# EXHIBIT A

**FutureNet Group Inc OPEN BONDS**

| BOND # | DATE | BOND AMOUNT | PRINCIPAL | OBLIGEE | PROJECT |
|---|---|---|---|---|---|
| 1114368 | 11/21/2014 | $393,206.00 | FutureNet Security Solutions, LLC | Central NICC JV, LLC | Wright Patterson AFB Main Gates |
| 1114367 | 11/21/2014 | $561,030.00 | FutureNet Security Solutions, LLC | Hensel Phelps | Annapolis Junction, Building 7 |
| 1113075 | 10/17/2014 | $109,725.00 | FutureNet Group Inc | City of Detroit | Demolition of Commercial and Residential Properties |
| 1113067 | 10/10/2014 | $681,581.00 | FMLS-FutureNet Group JV LLC | 20th Contracting Squadron/LGCA | Replace AVB's at East Gate, Replace Barriers at Rhode Gate, Shaw AFB |
| 1113064 | 10/9/2014 | $1,916,237.00 | FutureNet Group Inc | USACE Louisville District | DISA Upgrade/Pump Replacement at DSCC, Columbus, OH |
| 1113063 | 10/9/2014 | $3,276,408.00 | FutureNet Group Inc | USACE Louisville District | Phase III Smale Riverfront Park, Cincinnati, OH |
| 1113062 | 10/9/2014 | $2,399,932.00 | FutureNet Group Inc | USACE Louisville District | Renovations of Maint Union & Logistics Facility B-670, Grissom AFB |
| 1113061 | 10/8/2014 | $177,132.00 | FutureNet Group Inc | Mission & Install Contract Command Ft Bragg | Renovations Buildings C-3832 and B-2128, TO 25 |
| 1113060 | 10/8/2014 | $482,509.70 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Repair Base Lighting Upgrade, TO 27 |
| 1113059 | 10/8/2014 | $415,514.00 | FutureNet Group Inc | Install & Vehicle Sup Contracting Division | Renovationos Building 200A (BR-03) |
| 1113058 | 10/8/2014 | $539,935.00 | FutureNet Group Inc | Install & Vehicle Sup Contracting Division | Renovations Building 229 Basement and Toom 300 (BR-02) |
| 1113057 | 10/8/2014 | $23,936.94 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Upgrade Dale Mabry Gate Lane 2 - TO 19 |
| 1113056 | 10/8/2014 | $510,407.63 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Repair Fire Training Facility, TO 33 |
| 1113037 | 10/2/2014 | $18,139.57 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Install Bird Spike, TO 25 |
| 1113031 | 10/1/2014 | $162,983.60 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Repair Racquetball Courts, TO 30 |
| 1113030 | 10/1/2014 | $169,343.23 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Repair AGE Washrack Facility Building 524, TO 32 |
| 1113029 | 10/1/2014 | $447,891.42 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Install SOCOM Memorial Way Traffic Signal, TO 29 |
| 1113027 | 10/1/2014 | $89,889.20 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Replace Hangar 2 Fans, TO 31 |
| 1113026 | 10/1/2014 | $50,606.13 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Repair CATM Sewer Line Building 1882, TO 26 |
| 1113025 | 10/1/2014 | $30,073.65 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | JCSE Soundproof Hall Building 913, TO 28 |
| 1113024 | 10/1/2014 | $539,935.00 | FutureNet Group Inc | USACE Louisville District | FTC Building 98 HVAC Boiler Repair, Ft. Campbell |
| 1113023 | 10/1/2014 | $319,923.00 | FutureNet Group Inc | Mission & Install Contract Command Ft Bragg | Renovations to Wonderful World of Kids - TO 21 |
| 1113022 | 10/1/2014 | $279,975.00 | FutureNet Group Inc | Mission & Install Contract Command Ft Bragg | Install Swing & Cantilever Gates, Pope AAF - TO 24 |
| 1113021 | 10/1/2014 | $239,932.00 | FutureNet Group Inc | Mission & Install Contract Command Ft Bragg | Repair Interior Office & Administrative Area in Building C-1936, TO 22 |
| 1113020 | 10/1/2014 | $210,699.56 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Hangar 3 Upgrades, TO 23 |
| 1113019 | 10/1/2014 | $46,904.44 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Repair CENTCOM Fire Alarm, TO 24 |
| 1113017 | 10/1/2014 | $499,975.00 | FutureNet Group Inc | Mission & Install Contract Command Ft Bragg | Repair Building 285 & Eliminate Mold, Pope Army Airfield, TO 20 |
| 1113001 | 9/29/2014 | $136,210.00 | FutureNet Group Inc | Install & Vehicle Sup Contracting Division | Paint Testing Cells 3, 5, & 8, US Army Garrison, Detroit Arsenal (BR-01) |
| 1112999 | 9/25/2014 | $110,291.00 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Paint NOAA Stairwells, Hangar 5, TO 21 |
| 1112998 | 9/25/2014 | $255,075.54 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | NOAA Building 9 Repairs, TO 22 |
| 1112968 | 9/19/2014 | $1,635,599.00 | FutureNet Group Inc | USACE Louisville District | Construction of Lee Road Widening, Ft. Campbell |
| 1112966 | 9/18/2014 | $82,975.00 | FutureNet Group Inc | Selfridge Air National Guard | Construct Government Compound, Selfridge Air National Guard |
| 1112954 | 9/11/2014 | $649,725.00 | FMLS-FutureNet Group JV LLC | Contracting Division USACE | USARC Building, Kingsbury, IN - Replace DDC System and Chiller |
| 1112953 | 9/15/2014 | $659,143.58 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Immediate Loading Dock Repairs, TO 20 |
| 1101769 | 8/15/2014 | $669,993.00 | Matrix Group JV LLC | Mission and Installation Contracting CMD | Replace Windows in 12 Buildings at Wilcox Barracks. Ft. A.P. Hill, VA |
| 1101768 | 8/18/2014 | $201,971.90 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | New 2 Trane 12.5 Ton Units, TO 18 |
| 1101767 | 8/28/2014 | $49,111.32 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Repairs to Street Side Hangar 4 Doors, TO 17 |
| 1101766 | 8/18/2014 | $53,042.80 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Repairs to Kennels 113 & 114, TO 16 |
| 1101696 | 7/10/2014 | $128,730.53 | FutureNet Group Inc | MacDill Air Force Base 6th Contracting Squadron | Relocation of Existing Highway 70, TO 15 |
| 1100093 | 6/25/2014 | $221,649.84 | FutureNet Group Inc | 127 MSC - Selfridge Air National Guard | Building 560 Repairs Control Towers Siding & Windows, Selfridge ANGB |
| 1100085 | 6/19/2014 | $204,214.00 | FutureNet Group Inc | Boykin Contracting Inc. | Fence & Gate Work, McEntire Joint National Guard Base, Columbia, SC |
| 1099949 | 2/10/2014 | $198,000.00 | FutureNet Group Inc | City of Detroit | Demolition of Residential & Commercial Properties, Group 2B NSP3 |
| 1099931 | 1/23/2014 | $450,000.00 | FutureNet Security Solutions | Boykin Contracting Inc. | Install ATFB Commercial Gate B1970, Shaw SFB, Sumpter, SC |
| 1099927 | 1/21/2014 | $123,575.00 | FutureNet Group Inc | City of Detroit | Emergency Demolition of 1523 E. Jefferson |
| 1099860 | 1/8/2014 | $582,001.00 | FutureNet Security Solutions | Stone Associates | Rockenbach Gate, Ft. Meade |
| 1099848 | 12/20/2013 | $2,785,482.00 | FutureNet Security Solutions | TMG Construction Corporation | New Cumberland Upgrades to Access Control Points 3 & 4 DDC, Susquehanna, PA |
| 1099729 | 10/25/2013 | $9,499,725.00 | FutureNet Group Inc | NAVFAC Southeast | P-382 Front Gate AT/FP Improvements, MCRD Parris Island, SC |
| 1093151 | 4/1/2014 | $7,000.00 | FutureNet Group Inc | City of Trenton | Soil Erosion Bond, Construction of International Widelife Refuge |
| 1086983 | 5/19/2014 | $1,010,000.00 | FutureNet Security Solutions | A&D GC Inc | Milcon Entry Control Gate 5, Marine Corps Recruit Center, San Diego |
| 1086954 | 4/21/2014 | $325,149.00 | FutureNet Security Solutions | The Daytner Corp dba Daytner Construction | Garmatz Barrier Replacement |
| 1086948 | 4/14/2014 | $276,000.00 | FutureNet Group Inc | Michigan Land Bank | Demolition & Asbestos Abatement Services of Group 2C |
| 1086941 | 4/9/2014 | $1,164,158.00 | FutureNet Group Inc dba SW Security | Holder Construction Group LLC | BOA PACD Levittown, Security Fencing at 35 Runway Drive |
| 1086898 | 3/20/2014 | $4,849,580.00 | FutureNet Group Inc | USACE Louisville District | Rough River Dam |
| 1086862 | 2/28/2014 | $42,075.00 | FutureNet Group Inc | Michigan Land Bank | Demolition & Asbestos Abatement Services of Group 10HBOA |
| 1086836 | 2/14/2014 | $152,000.00 | FutureNet Group Inc | City of Detroit | Emergency Demolition of 7800 Pierson |
| 1080118 | 9/24/2012 | $2,163,430.20 | FutureNet-Bhate JV LLC | US Army Engineering & Support Center | Marine Corp Martial Art Pit, Various Sites |
| 1080115 | 9/24/2012 | $1,125,938.00 | CMS-TT LLC dba Aloha Pacific | NAVFAC Hawaii | Replace Portable Water & Sanitary Sewer Piping, B662, JBPHH |
| 1080061 | 9/18/2012 | $622,174.50 | FutureNet Group Inc | US Army Engineering & Support Center | POV Parking Lot Repairs, Camp Atterbury, IN |
| 1080037 | 9/4/2012 | $187,500.00 | FNG-PAT JV LLC | USACE CETAM-CT | Renovation for the SATCOM Earthlink, Room 110, Al Udeid Air Base Qatar |
| 1079822 | 7/12/2012 | $472,400.25 | FutureNet Group Inc | US Army Engineering & Support Center | POV Parking Lot Repairs, Raymond Zussman USARC, Inkster, MI |
| 1079723 | 5/17/2012 | $3,747,749.14 | FNG-PAT JV LLC | USACE CETAM-CT | Theater Communications Facility, Al Udeid Air Base, Qatar |
| 1071189 | 10/25/2011 | $43,272.09 | FutureNet-Bhate JV LLC | Mississippi Department of Revenue | Sales Tax Bond |
| 1061957 | 10/4/2011 | $1,062,326.03 | FutureNet Group Inc | US Army Engineering & Support Center | MFR Center, Pico Rivera, CA |
| 1061955 | 10/4/2011 | $280,497.45 | FutureNet Group Inc | US Army Engineering & Support Center | Realignment of North Perimeter, Randolph AFB |
| 1061953 | 10/4/2011 | $455,927.25 | FutureNet Group Inc | US Army Engineering & Support Center | Pensacola Naval Hospital ACP |
| 1061949 | 10/4/2011 | $630,535.95 | FutureNet Group Inc | US Army Engineering & Support Center | ERDC, UROC Improvements, Building 3294, |
| 1061948 | 10/4/2011 | $885,379.29 | FutureNet Group Inc | US Army Engineering & Support Center | Building 237, Randolph AFB |
| 1061947 | 10/4/2011 | $596,514.36 | FutureNet Group Inc | US Army Engineering & Support Center | Airfield Obstructions, Randolph AFB |
| 1061944 | 10/4/2011 | $1,415,952.27 | FutureNet Group Inc | US Army Engineering & Support Center | Cairns Army Air Field ACP, Ft. Rucker, AL |
| 1061943 | 10/4/2011 | $1,568,403.51 | FutureNet Group Inc | US Army Engineering & Support Center | Upgrades to B405 at USARC, Milwaukee, WI |
| 1061940 | 10/4/2011 | $711,485.70 | FutureNet Group Inc | US Army Engineering & Support Center | Renovations to Building 1776, Ft. Detrick, MD |
| 1059492 | 9/26/2011 | $1,336,438.17 | FutureNet Group Inc | US Army Engineering & Support Center | Marine Corp Martial Art Pit, Various Sites |
| 1059465 | 8/19/2011 | $915,530.58 | FutureNet Group Inc | US Army Engineering & Support Center | Moisture Elimination for Building 1880 at Corpus Christi |
| 1059308 | 7/15/2011 | $353,990.49 | FutureNet Group Inc | US Army Engineering & Support Center | Replace Roofs for Various Buildings, Hanover, NH |
| 1057734 | 12/2/2010 | $350,000.00 | FutureNet Group Inc | National Director of Water & Sanitation (DINEPA) | DINEPA to Build Overhead Water Tank |
| 1057622 | 10/4/2010 | $1,450,717.44 | FutureNet Group Inc | US Army Engineering & Support Center | Interior Renovation of Building 8317, Vandenberg AFB, CA |
| 1057605 | 9/29/2010 | $236,367.15 | FutureNet Group Inc | US Army Engineering & Support Center | Mark Twain Lake Elevator & Telephone Repairs |
| 1057602 | 9/29/2010 | $1,717,333.00 | FutureNet Group Inc. | US Army Engineering & Support Center | Marine Corp Martial Art Pit, Various Sites |
| 1055695 | 9/28/2010 | $176,375.34 | FutureNet Group Inc | US Army Engineering & Support Center | ARC Parking Lot Repairs, Pewaukee, WI |
| 1055693 | 9/28/2010 | $208,541.04 | FutureNet Group Inc | US Army Engineering & Support Center | ARC Parking Lot Repairs, Ann Arbor, MI |
| 1055691 | 9/28/2010 | $245,601.72 | FutureNet Group Inc | US Army Engineering & Support Center | ARC Parking Lot Repairs, Milwaukee, WI |
| 1055686 | 9/28/2010 | $182,956.89 | FutureNet Group Inc | US Army Engineering & Support Center | Watermain Replacement, ARC Whitehall, OH |
| 1055603 | 9/23/2010 | $1,444,205.04 | FutureNet Group Inc | Dept. of the Air Force 22 CONS/LGCA | Demolish Existing 52 Buildings |
| 1055497 | 7/14/2010 | $4,207,506.24 | FutureNet Group Inc | US Army Engineering & Support Center | Teleprotection Units for Buildings 5980 & 4224 at Dugway Proving Grounds, UT |
| | | $69,911,351.67 | | | |